```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 26657
   ARETHA Y MITCHELL
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-3938


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/03/2008 and was not confirmed.

     The case was dismissed without confirmation 01/08/2009.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
BANK OF NEW YORK          CURRENT MORTG         .00           .00            .00
BANK OF NEW YORK          MORTGAGE ARRE    30053.89           .00            .00
BANK OF AMERICA           MORTGAGE NOTI   NOT FILED           .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE NOTI   NOT FILED           .00            .00
LITTLE CO MARY HOSPITAL   UNSECURED       NOT FILED           .00            .00
TIMOTHY K LIOU            DEBTOR ATTY      1,709.20                      1,709.20
TOM VAUGHN                TRUSTEE                                          132.62
DEBTOR REFUND             REFUND                                         5,858.18

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 7,700.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                               1,709.20
TRUSTEE COMPENSATION                           132.62
DEBTOR REFUND                                5,858.18
                      -------------       -------------
TOTALS                  7,700.00             7,700.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.



                                    /s/ Tom Vaughn
     Dated: 03/10/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```